COM.

v.

**WILCOX, C.**

**1032 MDA 2016**

Superior Court of Pennsylvania.

07/18/2017

CP–41–CR–0001056–2012
(Lycoming)

Affirmed

COM.

v.

**THOMPSON, C.**

**1531 MDA 2016**

Superior Court of Pennsylvania.

07/18/2017

CP–36–CR–0001547–2012 (Lancaster)

Affirmed

COM.

v.

**ROBERTSON, K.**

**1595 MDA 2016**

Superior Court of Pennsylvania.

07/18/2017
Reargument Denied 9/28/2017

CP–22–CR–0002526–2012 (Dauphin)

Affirmed

S.A.

v.

**S.M.**

**1655 MDA 2016**

Superior Court of Pennsylvania.

07/18/2017

16 FC 40874
(Lackawanna)

Affirmed